**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

DAYAN DELGADO RODRIGUEZ #A244-678-117    CASE NO.  1:26-CV-00477 SEC P

VERSUS                                   JUDGE DAVID C. JOSEPH

PAM BONDI ET AL                          MAGISTRATE JUDGE DAVID J. AYO

## MEMORANDUM ORDER

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 4] filed by *pro se* Petitioner Dayan Delgado Rodriguez ("Delgado-Rodriguez"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.  Delgado-Rodriguez seeks release from detention.

To determine whether Delgado-Rodriguez is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the PETITION [Doc. 4], and a copy of this Order by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and (4) the Warden where Delgado-Rodriguez is detained.

IT IS ORDERED that a response be filed within **21 days** from the date of service on the United States Attorney for the Western District of Louisiana.  Delgado-Rodriguez shall then have 14 days to file a reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and

1

necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 6th day of April, 2026.

David J. Ayo
United States Magistrate Judge

2