## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

DAYAN DELGADO RODRIGUEZ        CASE NO.  1:26-CV-0477 SEC P

VERSUS        JUDGE DAVID C. JOSEPH

PAM BONDI ET AL        MAGISTRATE JUDGE DAVID J. AYO

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 18], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the MOTION TO DISMISS [Doc. 15] is GRANTED, the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED without prejudice and this proceeding is terminated.

THUS, DONE AND SIGNED in Chambers on the 21st day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE